IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONALD LEE CARLTON,** | : |
| Petitioner, | : |
| | : CIVIL ACTION 11-0101-CG-M |
| v. | : |
| | : CRIMINAL ACTION 06-00267-CG-M |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## JUDGMENT

**It is ORDERED, ADJUDGED, and DECREED that JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Donald Lee Carlton.

**DONE** and **ORDERED** this the 12th day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE